No. 25,321.

PATRICK H. CONEY, *Appellant,* v. LENORE V. CALDWELL and COLE-
MAN DUNCAN (LENORE V. CALDWELL, *Appellee*).

MEMORANDUM DECISION ON REHEARING.

Appeal from Shawnee district court, division No. 1; JAMES A. McCLURE,
judge. Decision announced December 6, 1924. Reaffirmed. (For original
opinion, see 116 Kan. 354.)

*Richard E. McIntosh, Joseph G. Waters,* and *John C. Waters,* all of To-
peka, for the appellant.

*A. A. Godard,* and *J. Arthur Myers,* both of Topeka, for the appellee.

The decision of the court was announced by

HOPKINS, J.: On application, a rehearing was granted. Addi-
tional briefs were filed, and the case again submitted. After a fur-
ther and careful consideration of the whole case, the court is of the
opinion that the original judgment and opinion of affirmance should
be adhered to. It is accordingly so ordered.